[No. 13158.   Department One.   March 24, 1916.]

L. BERNHEIMER et al., Respondents, v. J. M. REZEK, Appellant.[1]

APPEAL—REVIEW—FINDINGS. Findings of the trial court on conflicting evidence will be sustained where it cannot be said that they are not sustained by a preponderance of the evidence.

Appeal from a judgment of the superior court for Chelan county, Grimshaw, entered December 17, 1914, upon findings in favor of the plaintiffs, in an action for rent, tried to the court. Affirmed.

*Cade & Barrows*, for appellant.

*Thomas & Hannan* and *G. G. Hannan*, for respondents.

PER CURIAM.—Appellant was sued as the assignee of a lease. He paid rent at the price stipulated in the lease for the time he actually occupied the premises. He denies that there ever was an assignment and contends that he is not liable for the rent for the term, under the rule announced in *Tibbals v. Iffland*, 10 Wash. 451, 39 Pac. 102, and *Harvard Inv. Co. v. Smith*, 66 Wash. 429, 119 Pac. 864.

Whether appellant bought the business and the lease and assumed its obligations, is a question of fact. Two witnesses testified positively that a written assignment was made out, acknowledged formally and accepted by appellant. Another witness testified that appellant admitted to him that he had such an assignment. Appellant and his son testified that there was no such assignment.

The concomitant circumstances, that appellant and respondent husband negotiated for a new lease, and the payment by appellant of the stipulated rent for seven months—albeit he complained that the rent was too high—seem of equal weight. The trial judge might have decided the case

[1]Reported in 156 Pac. 16.

either way.   Having decided in favor of respondents, we are not prepared to say that his findings are not sustained by a preponderance of the evidence, and the judgment is therefore affirmed.